James Clarence MORGAN, Appellant, v. UNITED STATES of America, Appellee.

No. 8818.

Circuit Court of Appeals, Ninth Circuit.

April 18, 1938.

Edward H. Chavelle, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and Gerald Shucklin, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered 'that the appeal in this cause be · dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court issue forthwith.